**IN THE UNITED STATES FIFTH CIRCUIT COURT OF APPEALS**

No. 14-30067

| | |
|---|---|
| ELZIE BALL, NATHANIEL CODE AND JAMES MAGEE | RESPONDENTS |
| VERSUS | |
| JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, ET AL. | PETITIONERS |

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT REGARDING MOTION TO STAY OR IN THE ALTERNATIVE MOTION TO WITHDRAWAND/OR STRIKE PAGES**

NOW INTO COURT, through undersigned counsel, come Defendant-Appellants, James M. LeBlanc, Secretary of Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary; Angelia Norwood, Assistant Warden, Louisiana State Penitentiary and the Louisiana Department of Public Safety and Corrections, who file this Motion for Leave to Exceed Page Limit regarding its Motion to Stay filed in the above-captioned matter on January 24, 2014. In the alternative, Defendants request that the court disregard and/or strike the one page and four lines that exceed the Court's page limit requirements.

**I.     Relevant Background**

Defendants have filed a Notice of Appeal in the above-referenced matter regarding a ruling made by the District Court for the Middle District of Louisiana. Following this filing, on Friday, January 24, 2014, Defendants filed a Motion for Emergency Stay with this Court. The filing was accepted by the Clerk in its original form, and a Court Directive was issued to Plaintiffs on Monday, January 27, 2014, directing them to file a response to the motion by Monday, February 3, 2014 at 5:00 p.m.

Defense Counsel received the attached letter from Plaintiffs' Counsel at 7:52 p.m. on Thursday, January 30, 2014, alerting them to the fact that their Motion to Stay exceeded the requisite page limit allowed for such motions.[1] Upon review, Defense Counsel discovered that if this Court was to consider the Request for Emergency Consideration to be part of the memorandum, Defendants' memorandum exceeds the 20-page limit by one page and four lines.

**II.     Law and Argument**

Defendants aver that any violation of this Court's rules was inadvertent and therefore in an effort to cure their mistake, respectfully request that the excessive pages either be allowed to remain in the brief as written, or in the alternative, that

---

[1] *See* Letter from Plaintiffs' Counsel attached hereto as Exhibit "A."

the final page and four lines that exceed the limit be disregarded and/or stricken by the Court.

### A. Defendants respectfully request that the Court grant it leave to exceed the page limitation by allowing their motion to stand and be considered as it was filed and accepted by the Clerk.

The Motion to Stay filed by Defendants involves a long-ongoing and factually and procedurally dense matter, as well as a 102-page ruling from the District Court, all requiring a rather lengthy explanation. The motion is also extremely time-sensitive in nature, as it seeks to stay the execution of an injunction requiring Defendants to comply with Court Orders by February 17, 2014. Defendants were admittedly inadvertent in surpassing the page limit requirements without the Court's consent, however, they aver that this error is not prejudicial to Plaintiffs, as all substantive arguments would be the same had the motion been slightly shorter in length.

The Clerk of Court accepted the motion in its current form, and did not require Defendants to resubmit a motion conforming to the requisite page limit pursuant to Fifth Circuit Rule 32.5. And while Defendants are aware that this motion is untimely pursuant to Fifth Circuit Rule 32.4, it requests that the Court in its discretion, simply allow their Motion for Emergency Stay to remain and be considered in the form it was accepted. Therefore, Defendants pray that the

Motion for Emergency Stay and all relating deadlines remain unchanged and that this Court allow the matter to proceed forward in its current form.

> **B. In the alternative, Defendants request that the Court simply disregard the one page and four lines which surpass the requisite page limitations, and that the preceding pages be considered by the Court within the deadlines that it has already set.**

In the event that the Court deem Defendants' error to be unacceptable, Defendants request that it simply disregard and/or strike the excessive one page and four lines from its consideration, and that it consider the merits of the preceding pages in making its determination. Defendants submit this motion in good faith to correct an inadvertent error. Due to the time-sensitive nature of a Motion for Emergency Stay such as this, however, as well as the eleventh-hour alert as to the error's existence, there is simply no time to resubmit a conforming motion if deadline extensions are to result from such resubmission.

### III. CONCLUSION

WHEREFORE, Defendant-Appellants, James M. LeBlanc, Secretary of Louisiana Department of Public Safety and Corrections; Burl Cain, Warden, Louisiana State Penitentiary; Angelia Norwood, Assistant Warden, Louisiana State Penitentiary and the Louisiana Department of Public Safety and Corrections, pray that the Court either disregard Defendants' inadvertent error in exceeding the page limitations set forth by its Rules in filing their Motion for Emergency Stay, or in

the alternative, that it disregard the portions of Defendants' motion that violate the

Rules.

                Respectfully Submitted:

                James D. "Buddy" Caldwell Attorney General


By: **/s/ *James L. Hilburn***
    E. Wade Shows, La. Bar Roll No. 7637
    Amy L. McInnis, La. Bar Roll No. 29337
    James L. Hilburn, La. Bar Roll No. 20221
    Jacqueline B. Wilson, La. Bar Roll No. 31055
    **SHOWS, CALI & WALSH, LLP**
    628 St. Louis Street (70802)
    P.O. Drawer 4425
    Baton Rouge, Louisiana 70821
    Telephone: (225) 346-1461
    Facsimile: (225) 346-1467

    and

    Thomas E. Balhoff, Bar Roll No. 2716
    Judith R. Atkinson, Bar Roll No. 17240
    Carlton Jones, III, Bar Roll No. 25732
    Special Assistant Attorneys General
    **ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF & MCCOLLISTER**
    8440 Jefferson Highway, Suite 301
    Baton Rouge, LA 70809
    Telephone: (225) 929-7033
    Facsimile: (225) 928-4925

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing was served upon counsel for all parties via e-mail and/or by depositing same in the U.S. Mail, postage prepaid and properly addressed, on this 31st day of January, 2014.

/s/ James L. Hilburn
JAMES L. HILBURN

Mercedes Montagnes
THE PROMISE OF JUSTICE INITIATIVE
636 Baronne Street
New Orleans, LA 70113
Tel. (504) 529-5955
Fax (504) 558-0378
mmontagnes@thejusticecenter.org

Mitchell A. Kamin
BIRD, MARELLA, BOXER, WOLPERT, NESSIM
DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel. (310) 201-2100
Fax (310) 201-2110
bak@birdmarella.com

Steven Scheckman
SCHIFF, SCHECKMAN, & WHITE, LLP
829 Baronne Street
New Orleans, Louisiana, 70113
Tel. (504) 581-9322
Fax (504) 581-7651
steve@sswethicslaw.com

*Representing Plaintiffs*

# BIRD | MARELLA

BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

A PROFESSIONAL CORPORATION

Nilay U. Vora
nuv@birdmarella.com

1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone (310) 201-2100
Facsimile (310) 201-2110
www.BirdMarella.com

January 30, 2014

File 9999.102

**Via E-Mail**

E. Wade Shows
  ews@scbllp.com
James L. Hilburn
  jamesh@scwllp.com
Amy L. McInnis
  amym@scbllp.com
Jacqueline B. Wilson
  jbw@scwllp.com
Shows, Cali, Berthelot & Walsh, LLP
P.O. Box 4425
Baton Rouge, Louisiana 70821

Thomas E. Balhoff
  tbalhoff@roedelparsons.com
Judith R. E. Atkinson
  jatkinson@roedelparsons.com
Carlton Jones, III
  cjones@roedelparsons.com
Roedel, Parsons, Koch, Blache, Balhoff
  & McCollister
8440 Jefferson Highway
Suite 301
Baton Rouge, Louisiana 70809

    Re: **Appellants' Motion for Emergency Stay of Judgment Pending Appeal in *Ball v. Leblanc***

Counsel:

It has just now come to our attention that Appellants' Motion for Emergency Stay of Judgment Pending Appeal (the "Motion") violates the 20-page limit of Federal Rule of Appellate Procedure 27(d)(2). The Motion exceeds this limit by two pages.

**Appellees hereby request that Appellants respond to this correspondence by 10 A.M. Central Time tomorrow, January 31, 2014, to indicate whether Appellants will withdraw the Motion without prejudice** to Appellants' ability to refile papers that conform to the Federal Rules of Appellate Procedure. Given the deadlines set out by the Fifth Circuit Court of Appeals, a timely response is required by 10 A.M. Central Time in order to preserve Appellee's rights and remedies in relation to Appellants' violation of Rule 27(d)(2).

Appellees believe that while the Motion should be decided on the merits, Appellees will suffer prejudice in the event that they are required to file a response that conforms to Rule 27(d)(2)'s page limitations, where the Motion was not so conformed.


EXHIBIT A

BIRD | MARELLA
BIRD • MARELLA • BOXER • WOLPERT • NESSIM • DROOKS & LINCENBERG

Amy L. McInnis
Judith R. E. Atkinson
January 30, 2014
Page 2

      In the event that Appellants do not respond to this correspondence by the aforementioned time, Appellees reserve their right to move to strike the Motion and request sanctions against Appellants' counsel for their false certification that the Motion complies with the 20-page limit of Rule 27(d)(2).

                                            Sincerely,

                                            Nilay U. Vora

NUV:nuv

cc:    All Plaintiffs' counsel

3081518.2