# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

_____

No. 14-30067
_____

ELZIE BALL; NATHANIEL CODE; JAMES MAGEE,

    Plaintiffs - Appellees

v.

JAMES M. LEBLANC, SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY; ANGELA NORWOOD, Warden of Death Row; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

    Defendants - Appellants

_____

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge
_____

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that Appellants' motion to file its motion for stay of district court proceedings in excess pages is GRANTED.

    IT IS FURTHER ORDERED that Appellants' alternative motion to withdraw and/or strike the one page and four lines that exceed the page limits of the motion for stay of district court proceedings is DENIED AS MOOT.

IT IS FURTHER ORDERED that Appellees' motion for sanctions against James Hilburn is DENIED.  The Appellees shall be GRANTED leave to file one page and four lines in excess of the page limit for their opposition.

IT IS FURTHER ORDERED that Appellees' motion to strike motion to stay district court proceedings is DENIED.

IT IS FURTHER ORDERED that Appellees' motion for an expedited ruling on the motion for sanctions and to strike is GRANTED.