# IN THE UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

─────────────────

No. 14-30067
─────────────────

ELZIE BALL; NATHANIEL CODE; JAMES MAGEE,

    Plaintiffs - Appellees

v.

JAMES M. LEBLANC, SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY; ANGELA NORWOOD, Warden of Death Row; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

    Defendants - Appellants

─────────────────

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge
─────────────────

Before JONES, CLEMENT, and PRADO, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that appellants' opposed motion to stay the District Court proceedings is DENIED as premature. The District Court is cautioned that any action requiring implementation of relief beyond the current deadlines for submitting a plan, before the state has a reasonable chance to appeal and seek a stay, will be deemed an appealable final order. Upon entry of such an order, the Defendants may re-urge their stay request in light of *Gates v. Cook*, 376 F.3d 323 (5th Cir. 2004).