
# In the United States Court of Appeals for the Fifth Circuit

No. 14-30067

ELZIE BALL, NATHANIEL CODE, AND JAMES MAGEE
Plaintiff/Appellee

v.

JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, BURL CAIN, WARDEN OF THE LOUISIANA STATE PENITENTIARY, ANGELA NORWOOD, WARDEN OF DEATH ROW, AND THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS
Defendants/Appellants

On appeal from the United States District Court
for the Middle District of Louisiana
Civil Action No. 3:13-CV-368
The Honorable Brian A. Jackson, Judge Presiding

**APPELLANTS' MOTION TO EXTEND BRIEFING DEADLINES PURSUANT TO FED. R. APP. P. 26(B)(2) AND FIFTH CIRCUIT RULE 26.2**

SHOWS, CALI AND WALSH, LLP
E. Wade Shows, La. Bar Roll No. 7637
James L. Hilburn, La. Bar Roll No. 20221
Amy L. McInnis, La. Bar Roll No. 29337
Jacqueline B. Wilson, La. Bar Roll No. 31055
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467

ROEDEL, PARSONS, KOCH, BLACHE
BLACHE, BALHOFF & MCCOLLISTER
Thomas E. Balhoff, Bar Roll No. 2716
Judith R. Atkinson, Bar Roll No. 17240
Carlton Jones, III, Bar Roll No. 25732
Special Assistant Attorneys General
8440 Jefferson Highway, Suite 301
Baton Rouge, Louisiana 70809
Telephone: (225) 929-7033
Facsimile: (225) 928-4925

COUNSEL FOR DEFENDANTS

## CERTIFICATE OF INTERESTED PERSONS

The undersigned counsel of record certifies that the following listed persons have an interest in the outcome of this case. These representations are made in order that the Judges of this Court may evaluate possible disqualification or recusal:

1. ELZIE BALL, NATHANIEL CODE, AND JAMES MAGEE, *plaintiffs/respondents;*

2. MERCEDES MONTAGNES, ELIZABETH COMPA, AND THE PROMISE OF JUSTICE INITIATIVE, *attorneys for plaintiffs/respondents*;

3. MITCHELL A. KAMIN, JESSICA C. KORNBERG, NILAY U. VORA, AND THE LAW FIRM OF BIRD, MARELLA, BOXER, WOLPERT, NESSIM, DROOKS & LINCENBERG, P.C., *attorneys for plaintiffs/respondents;*

4. STEVEN SCHECKMAN AND THE LAW FIRM OF SCHIFF, SCHECKMAN, & WHITE, LLP, *attorneys for plaintiffs/respondents;*

5. JAMES M. LEBLANC, SECRETARY OF THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, BURL CAIN, WARDEN OF THE LOUISIANA STATE PENITENTIARY, ANGELA NORWOOD, WARDEN OF DEATH ROW, AND THE LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS, *defendants/applicants.*

6. E. WADE SHOWS, JAMES L. HILBURN, AMY L. MCINNIS, JACQUELINE B. WILSON, AND THE LAW FIRM OF SHOWS, CALI & WALSH, LLP, *attorneys for defendants/applicants*; and

7. THOMAS E. BALHOFF, JUDITH R. ATKINSON, CARLTON JONES, III, ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF & MCCOLLISTER, *attorneys for defendants/applicants.*

Respectfully Submitted:

/s/ *James L. Hilburn*_____
E. Wade Shows, La. Bar Roll No. 7637
James L. Hilburn, La. Bar Roll No. 20221
Amy L. McInnis, La. Bar Roll No. 29337
Jacqueline B. Wilson, La. Bar Roll No. 31055
**SHOWS, CALI &WALSH, LLP**
628 St. Louis Street (70802)
P.O. Drawer 4425
Baton Rouge, Louisiana 70821
Telephone: (225) 346-1461
Facsimile: (225) 346-1467
wade@scwllp.com
jamesh@scwllp.com
amym@scwllp.com
jbw@scwllp.com

**ROEDEL, PARSONS, KOCH, BLACHE, BALHOFF & MCCOLLISTER**
Thomas E. Balhoff, Bar Roll No. 2716
Judith R. Atkinson, Bar roll No. 17240
Carlton Jones, III, Bar Roll No. 25732
Special Assistant Attorneys General
8440 Jefferson Highway, Suite 301
Baton Rouge, Louisiana 70809
Telephone: (225) 929-7033
Facsimile: (225) 928-4925

*Counsel for Defendants*

## MOTION TO EXTEND BRIEFING DEADLINES
## PURSUANT TO FED. R. APP. P. 26(B)(2) AND FIFTH CIRCUIT RULE 26.2

**MAY IT PLEASE THE COURT:**

Defendants/Appellants, Burl Cain, Warden, Louisiana State Penitentiary; James LeBlanc, Secretary of the Louisiana Department of Public Safety and Corrections; Angelia Norwood, Assistant Warden, Louisiana State Penitentiary and Louisiana Department of Public Safety and Corrections, submit this Motion to Extend Briefing Deadlines for its appeal respectfully requesting that the briefing requirements for this matter be postponed until after the issuance of a final appealable order by the District Court. Appellants are required to file their appellate brief by April 7, 2014, however, at this time, the District Court has still not issued a final order which may be properly appealed. Therefore, so as to avoid the filing of premature and/or duplicative briefs, Defendants wish to postpone any briefing deadlines until after such order has been filed. Counsel for Plaintiffs/Appellees have been contacted regarding the extending of the briefing schedule and they do not consent.

This matter arises out of an action alleging that Defendants violated Plaintiff-Inmates' Eighth Amendment rights by subjecting them to an environment that constitutes cruel and unusual punishment. After a three-day bench trial, the District Court determined that conditions at Death Row violated the provisions of the Eighth Amendment of the United States Constitution. The District Court found

that the heat index levels in the cells of the plaintiff-inmates created an environment of cruel and unusual punishment due to the "substantial risk of serious harm to Plaintiffs." The court also found that Defendants acted with deliberate indifference to this risk, that they had knowledge of risk, and that they disregarded the risk.

The district court issued these finding by means of a Ruling and Order on December 19, 2013,[2] granting Plaintiffs' request for declaratory and injunctive relief as to Plaintiffs' Eighth Amendment claims but denying relief as to Plaintiffs' claims under the ADA and Rehabilitation Act. The court denied Plaintiffs' Motion for Preliminary Injunction as moot.

The court also issued several Orders to Defendants directing them to immediately develop a plan to reduce and maintain the heat index on the Death Row tiers at or below 88 degrees Fahrenheit. The Court further ordered that Defendants submit their plan to the Court no later than February 17, 2014 at 5:00 p.m. and that the plan include a step-by-step description as to how Defendants will: (1) immediately lower and maintain the heat index on the Death Row tiers at or below 88 degrees Fahrenheit; (2) maintain the heat index on the Death Row tiers at or below 88 degrees Fahrenheit from April 1 to October 31; (3) monitor, record, and report the temperature, humidity, and heat index on each of the Death Row

---

[2] Doc. 87 attached to Defendants' Motion to Stay as Exhibit B.

tiers every two hours on a daily basis from April 1 to October 31; (4) provide Plaintiffs with at least one cold shower per day, direct access to clean, uncontaminated ice and/or cold drinking water during their "tier time" and the 23 hours in which the inmates are confined to their cells, and any and all relief that is necessary to comply with the Court's order and the prevailing constitutional standards. The Court advised explicitly that financial considerations will not be considered a legitimate reason for Defendants/ failure to comply with the court's order. The district court also ordered that Defendants to immediately add Plaintiff James Magee to Angola's "Heat Precautions List" and awarded Plaintiffs reasonable attorneys' fees and costs.[3]

But because this order was not a valid Judgment pursuant to Federal Rule of Civil Procedure 58 and therefore not immediately appealable, Defendants filed a Motion for Entry of Final Judgment[4] and Motion for Expedited Consideration[5] thereof on December 26, 2013. The District Court denied Defendants' Motion for Expedited Consideration on January 6, 2014, giving Plaintiffs until January 16, 2014 to file a response to the Motion for Expedited Consideration.[6] In light of the fast approaching deadlines, Defendants then filed a Motion for Stay Pending

---

[3] *Id.*
[4] Doc. 91 attached to Defendants' Motion to Stay as Exhibit C.
[5] Doc. 92 attached to Defendants' Motion to Stay as Exhibit D.
[6] Doc. 95 attached to Defendants' Motion to Stay as Exhibit G.

Appeal on January 13, 2014[7] with a Motion for Expedited Consideration.[8] The District Court denied the Motion to Stay, and in doing so, implied that his order was only interlocutory in nature and that Defendants were to proceed with an appeal in the absence of a Judgment.[9] Accordingly, out of an abundance of caution Defendants filed a Notice of Appeal.[10] Still believing, however, that an appeal requires a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure, Defendants filed a Writ of Mandamus to this Court on January 24, 2014 requesting that it order the district court to enter a valid and appealable judgment.[11] This Writ of Mandamus is still pending.

Defendants also filed a Motion to Stay with this Court in the instant matter.[12] This Court then denied Defendants' Motion to Stay as premature, stating:

> IT IS ORDERED that appellants' opposed motion to stay the District Court proceedings is DENIED as premature. The District Court is cautioned that any action requiring implementation of relief beyond the current deadlines for submitting a plan, before the state has a reasonable chance to appeal and seek a stay, will be deemed an appealable final order. Upon entry of such an order, the Defendants

---

[7] Doc. 97 attached to Defendants' Motion to Stay as Exhibit H.
[8] Doc. 98 attached to Defendants' Motion to Stay as Exhibit I.
[9] Doc. 100 attached to Defendants' Motion to Stay as Exhibit K.
[10] Doc. 103 attached to Defendants' Motion to Stay as Exhibit L.
[11] *See* Petition for Mandamus, Docket No. 14-30074.
[12] *See* Motion to Stay filed on January 24, 2014.

may re-urge their stay request in light of *Gates v. Cook*, 376 F.3d 323 (5th Cir. 2004).[13]

Accordingly, Defendants timely submitted the ordered heat remediation plan to the District Court. Plaintiffs have recommended to that the District Court adopt that plan, however, the District Court has not yet entered a ruling ordering its implementation. In the meantime, though, because Defendants had already filed a Notice of Appeal, briefing deadlines were been set by this Court requiring Defendants to submit a brief by April 7, 2014. But in the absence of a final order, the submission of this brief will also be premature, and Defendants will also not have the ability to re-urge their Motion to Stay prior thereto. Further, because Defendants do not know what the final order will entail, it is likely that they will be required to submit a second brief thereafter in order to address its rulings. Defendants submit that these reasons demonstrate good cause within pursuant to Federal Rule of Appellate Procedure 26(b)(2) and Fifth Circuit Rule 26.2.

Therefore, in the interest of efficiency, Defendants request that the briefing deadlines be postponed until such time as a final order is rendered, allowing Defendants to properly and timely address all issues in a single appeal and allowing them to re-urge their Motion to Stay in accordance with this Court's Order.

---

[13] *See* Order Denying Motion to Stay entered on February 13, 2014.

Further, in addition to that stated above, Defendants also seek deadline extension due to the absence of their lead counsel on the matter, Jacqueline B. Wilson, who has been on maternity leave since January 8, 2014. As Ms. Wilson was the lead attorney during the trial of this matter, her availability is essential and necessary to the drafting of Defendants' appellate brief. Ms. Wilson is expected to return from leave on April 1, 2014. Therefore, because Ms. Wilson will only be available for one week prior to the April 7th briefing deadline, Defendants request the extension of briefing deadlines for this reason as well.

WHEREFORE, Defendants, Burl Cain, Warden, Louisiana State Penitentiary; James LeBlanc, Secretary of the Louisiana Department of Public Safety and Corrections; Angelia Norwood, Assistant Warden, Louisiana State Penitentiary and Louisiana Department of Public Safety and Corrections, pray that the Court grant their Motion to Extend Briefing Deadlines Pursuant to Fed. R. App. P. 26(b)(2) and Fifth Circuit Rule 26.2.

        Respectfully Submitted:

        *s/ James L. Hilburn*
        E. Wade Shows, La. Bar Roll No. 7637
        James L. Hilburn, La. Bar Roll No. 20221
        Amy L. McInnis, La. Bar Roll No. 29337
        Jacqueline B. Wilson, La. Bar Roll No. 31055
        **SHOWS, CALI &WALSH, LLP**
        628 St. Louis Street (70802)
        P.O. Drawer 4425
        Baton Rouge, Louisiana 70821
        Telephone: (225) 346-1461
        Facsimile: (225) 346-1467
        wade@scwllp.com
        jamesh@scwllp.com
        amym@scwllp.com
        jbw@scwllp.com

        **ROEDEL, PARSONS, KOCH, BLACHE,**
        **BALHOFF & MCCOLLISTER**
        Thomas E. Balhoff, Bar Roll No. 2716
        Judith R. Atkinson, Bar roll No. 17240
        Carlton Jones, III, Bar Roll No. 25732
        Special Assistant Attorneys General
        8440 Jefferson Highway, Suite 301
        Baton Rouge, Louisiana 70809
        Telephone: (225) 929-7033
        Facsimile: (225) 928-4925

        *Counsel for Defendants*

## CERTIFICATE OF COMPLIANCE

Pursuant to 5th Cir. Rules 25.2.1 and 25.2.13, I certify that the required privacy redactions have been made; the electronic submission is an exact copy of the paper document. Pursuant to 5th Cir. Rule 32, I certify that this opposition complies with the type-volume limitations of Fed. R. App. P. 8 and 27(d)(2), because it is less than 20 pages in length.

This opposition complies with the typeface and type style requirements of Fed. R. App. P. 27(d)(1)(E), Fed. R. App. P. 32(a)(5), and Fed. R. App. P. 32(a)(6), because it has been prepared in a proportionally spaced typeface using Microsoft Word 2010 software in Times New Roman 14-point font.

I understand that a material misrepresentation in completing this certificate or circumvention of the type-volume limits in Fed. R. App. P. 32(a)(7) may result in the Court striking the brief and imposing sanctions against the person signing the brief.

/s/ James L. Hilburn
James L. Hilburn

# **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on **13th** day of **March, 2014**, a copy of the foregoing has this date been served upon all parties through their respective counsel of record by operation of the Court's electronic filing system and has been filed electronically with the Clerk of Court using the CM/ECF system. I also certify that a copy of the foregoing was served upon counsel for all parties via e-mail and/or by depositing same in the U.S. Mail, postage prepaid and properly addressed, on this 13th day of March, 2014.

          /s/ James L. Hilburn
          JAMES L. HILBURN


Mercedes Montagnes
THE PROMISE OF JUSTICE INITIATIVE
636 Baronne Street
New Orleans, LA 70113
Tel. (504) 529-5955
Fax (504) 558-0378
mmontagnes@thejusticecenter.org

Mitchell A. Kamin
BIRD, MARELLA, BOXER, WOLPERT, NESSIM
DROOKS & LINCENBERG, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Tel. (310) 201-2100
Fax (310) 201-2110
bak@birdmarella.com

Steven Scheckman
SCHIFF, SCHECKMAN, & WHITE, LLP
829 Baronne Street
New Orleans, Louisiana, 70113
Tel. (504) 581-9322
Fax (504) 581-7651
steve@sswethicslaw.com

*Representing Plaintiffs*