# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 21, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-30067    Elzie Ball, et al v. James LeBlanc, et al
                        USDC No. 3:13-CV-368

Enclosed is an order entered in this case.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Shea E. Pertuit, Deputy Clerk
                        504-310-7666


Ms. Elizabeth Claire O'Kane Compa
Mr. James Leslie Hilburn
Ms. Mercedes Hardy Montagnes
Mrs. Cecelia Trenticosta Kappel
Mr. Nilay U. Vora