IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-30067
_____

ELZIE BALL; NATHANIEL CODE; JAMES MAGEE,

    Plaintiffs - Appellees

v.

JAMES M. LEBLANC, SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY; ANGELA NORWOOD, Warden of Death Row; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

    Defendants - Appellants

_____

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge
_____

O R D E R:

    IT IS ORDERED that the appellants' motion to suspend the briefing notice is GRANTED to the extent that briefing is suspended for thirty days.

_____
EDWARD C. PRADO
UNITED STATES CIRCUIT JUDGE