# *United States Court of Appeals*

**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 22, 2014

Mr. James Leslie Hilburn
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

    No. 14-30067    Elzie Ball, et al v. James LeBlanc, et al
                       USDC No. 3:13-CV-368

Dear Mr. Hilburn,

In accordance with the Court order of March 21, 2014, the briefing time is hereby resumed.

Appellants' briefs are now due within 30 days from the date of this letter.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                */s/ Shea E. Pertuit*
                                By: _____
                                Shea E. Pertuit, Deputy Clerk
                                504-310-7666

cc:
    Ms. Elizabeth Claire O'Kane Compa
    Ms. Mercedes Hardy Montagnes
    Mrs. Cecelia Trenticosta Kappel
    Mr. Nilay U. Vora