**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**
_____

No. 14-30067
_____

ELZIE BALL; NATHANIEL CODE; JAMES MAGEE,

      Plaintiffs - Appellees

v.

JAMES M. LEBLANC, SECRETARY, DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS; BURL CAIN, WARDEN, LOUISIANA STATE PENITENTIARY; ANGELA NORWOOD, Warden of Death Row; LOUISIANA DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS,

      Defendants - Appellants

_____

Appeal from the United States District Court for the
Middle District of Louisiana, Baton Rouge
_____

O R D E R:

      IT IS ORDERED that the appellants' motion to suspend the briefing deadlines pending the district court's final orders on both the merits of this case and on the issue of the selection of Special Master is GRANTED.

                                                _____
                                                EDWARD C. PRADO
                                       UNITED STATES CIRCUIT JUDGE