# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 03, 2014

Mr. Grant Joseph Guillot
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Mr. James Leslie Hilburn
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Mr. Carlton Jones III
Roedel, Parsons, Koch, Blache, Balhoff & McCollister, A.L.C.
8440 Jefferson Highway
Suite 301
Baton Rouge, LA 70809-7652

Mr. Edmond Wade Shows
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

    No. 14-30067    Elzie Ball, et al v. James LeBlanc, et al
                    USDC No. 3:13-CV-368

Dear Counsel,

This is in response to the status report that was filed on May
28, 2014.  Please be advised that we cannot provide any guidance
as to whether or not a new notice of appeal should be filed.

Additionally, the emergency motion for stay pending appeal has
been submitted to the court.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Shea E. Pertuit, Deputy Clerk
504-310-7666


cc:
    Ms. Elizabeth Claire O'Kane Compa
    Ms. Mercedes Hardy Montagnes
    Mrs. Cecelia Trenticosta Kappel
    Mr. Nilay U. Vora