# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

June 09, 2014

Mr. Grant Joseph Guillot
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Mr. James Leslie Hilburn
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

Mr. Carlton Jones III
Roedel, Parsons, Koch, Blache, Balhoff & McCollister, A.L.C.
8440 Jefferson Highway
Suite 301
Baton Rouge, LA 70809-7652

Mr. Edmond Wade Shows
Shows, Cali & Walsh, L.L.P.
628 Saint Louis Street
Baton Rouge, LA 70802

    No. 14-30067   Elzie Ball, et al v. James LeBlanc, et al
                     USDC No. 3:13-CV-368

Dear Counsel,

In light of the District Court entering the final judgment and appointing the Special Master in the above case, the briefing time is hereby resumed.

Appellants' brief are now due within 30 days from the date of this letter.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Shea E. Pertuit*
Shea E. Pertuit, Deputy Clerk
504-310-7666

cc:
    Ms. Elizabeth Claire O'Kane Compa
    Ms. Mercedes Hardy Montagnes
    Mrs. Cecelia Trenticosta Kappel
    Mr. Nilay U. Vora