# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

September 25, 2014

Ms. Mercedes Hardy Montagnes
Promise of Justice Initiative
636 Baronne Street
New Orleans, LA 70113

    **No. 14-30067    Elzie Ball, et al v. James LeBlanc, et al**
                     USDC No. 3:13-CV-368

Dear Ms. Montagnes,

The following pertains to your brief electronically filed on September 23, 2014.

**Please make the following corrections to your brief within 14 days from the date of this notice:**

- The use of "id" to refer to a record reference in your brief is not allowed as the court's electronic system does not recognize its use and cannot create a link to the record. Please correct your brief where "id" is used with the proper record citations and submit the brief using the instructions below.

You must electronically file a "Form for Appearance of Counsel" within 14 days from this date. You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov. If you fail to electronically file the form, the brief will be stricken and returned unfiled.

**PLEASE DO NOT ELECTRONICALLY RE-FILE THIS DOCUMENT:**
Once you have prepared your sufficient brief, you must email it to: **Sabrina_Short@ca5.uscourts.gov** for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

>                                 Sincerely,
>
>                                 LYLE W. CAYCE, Clerk
>
>                                 *Sabrina B. Short*
>                                 By: _____
>                                 Sabrina B. Short, Deputy Clerk
>                                 504-310-7817

cc:
    Ms. Elizabeth Claire O'Kane Compa
    Mr. Grant Joseph Guillot
    Mr. James Leslie Hilburn
    Mr. Carlton Jones III
    Mr. Edmond Wade Shows
    Mrs. Cecelia Trenticosta Kappel
    Mr. Nilay U. Vora